FILED
2013 Jun-13 PM 01:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

SUMMONS

| | |
|---|---|
| **Felicia Beavers,** *on behalf of Jasmine Worthy,* ) ) ) **Plaintiff,** ) ) v. ) ) **Carolyn W. Colvin, Commissioner,** ) **Social Security Administration** ) ) **Defendant.** ) | (Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.) <br><br> CASE NUMBER: <br> 4:13-CV-1120-CLS |

TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to serve upon plaintiff's attorney:

Myron K Allenstein
ALLENSTEIN & ALLENSTEIN LLC
141 South 9th Street
Gadsden, AL 35901

a response to the complaint which is herewith served upon you, within 90 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, <u>judgment by default</u> may be taken <u>against you</u> for the relief demanded in the complaint. A signed copy of your response must also be filed with the court.

SHARON HARRIS, CLERK

June 13, 2013      By: _Angela Hughlett_
                        Deputy Clerk

---

SERVE: per U.S. Marshal's Form 285

Clerk, United States District Court
Northern District of Alabama
101 Holmes Avenue, Northeast
Huntsville, AL 35801